IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| JOHNNY WELLS,<br>DONALD J. BROOKINS, and<br>RILEY ANDREW SCHAEFFER,<br>on behalf of themselves and all others similarly situated,<br><br>                                                                Plaintiffs,<br><br>- v -<br><br>GANNETT RETIREMENT PLAN and<br>GANNETT CO., INC.<br><br>                                                                Defendants. | Civil Action No.<br>03-cv-2671-RPM-OES |

_____

### MODIFICATION TO SCHEDULING ORDER
_____

### 1. EXISTING SCHEDULING ORDER

A Scheduling Order was entered in this action on July 1, 2005, which was to govern the course of proceedings through such time as the Court ruled on Plaintiffs' request for class certification.  On June 1, 2006 the Court entered its order certifying this as a class action pursuant to F.R.C.P. 23(b)(2) on behalf of two classes of participants in the Gannett Retirement Plan.  This Modification to that Scheduling Order provides the Case Plan and Schedule that will govern the remainder of the proceedings in this action.  The Scheduling Order entered on July 1, 2005 shall continue to apply except as specifically modified herein.

### 2. CASE PLAN AND SCHEDULE

a.      Discovery Cut-off Date:  December 1, 2006 for all non-expert discovery; February 28, 2006 for all expert discovery.

b.      Dispositive Motion Deadline:  April 30, 2007

c.      Expert Witness Disclosure:

    (1)   State anticipated fields of expert testimony, if any.  Actuarial Science.

(2) State any limitations proposed on the use or number of expert witnesses. Two per side.

(3) The parties shall designate all experts and provide opposing counsel and any pro se party with all information specified in Fed.R.Civ.P. 26(a)(2) on or before October 1, 2006.

(4) The parties shall designate all rebuttal experts and provide opposing counsel and any pro se party with all information specified in Fed.R.Civ.P. 26(a)(2) on or before November 1, 2006.

(5) Notwithstanding the provisions of Fed.R.Civ.P. 26(a)(B), no exception to the requirements of the rule will be allowed by stipulation of the parties unless the stipulation is approved by the court.

d. Non-Expert Deposition Schedule

| Name of Deponent | Date of Deposition | Time of Deposition | Expected Length of Deposition |
| --- | --- | --- | --- |
| Johnny Wells | To be determined | To be determined | not to exceed 7 hours |
| Donald J. Brookins | To be determined | To be determined | not to exceed 7 hours |
| Riley Andrew Schaeffer | To be determined | To be determined | not to exceed 7 hours |
| Gannett Co., Inc. Benefits Executive | To be determined | To be determined | not to exceed 14 hours |
| Gannett Retirement Plan Rule 30(b)(6) | To be determined | To be determined | not to exceed 7 hours |
| Towers Perrin Rule 30(b)(6) | To be determined | To be determined | not to exceed 14 hours |
| Christopher W. Baldwin | To be determined | To be determined | not to exceed 7 hours |

e. Interrogatory Schedule. None.

f. Schedule for Request for Production of Documents. None.

g. Discovery Limitations:

(1) Any limits which any party wishes to propose on the number of depositions. The parties have agreed that, absent a showing of good cause, the number of non-expert depositions shall be limited to five (5) per side.

(2) Any limits which any party wishes to propose on the length of depositions. The parties have agreed that, absent a showing of good

    cause, the length of non-expert depositions shall be limited to seven (7) hours with the exception of the Gannett Co., Inc. Benefits Executive and the Tower Perrin Rule 30(b)(6) deposition.

(3) Modifications which any party proposes on the presumptive numbers of depositions or interrogatories contained in the federal rules. None.

(4) Limitations which any party proposes on number of requests for production of documents and/or requests for admissions. The number of requests for production of documents and/or requests for admissions (excluding requests for admissions solely to authenticate documents) shall be thirty (30) of each.

(5) Other Planning or Discovery Orders. None.

DATED this 11th day of July, 2006.

               BY THE COURT:
               s/Richard P. Matsch
               _____
               Richard P. Matsch, Senior District Judge

APPROVED:

| | |
|---|---|
| HILL & ROBBINS, P.C. | NIXON PEABODY LLP |
| By: s/ Robert F. Hill | By: s/ Margaret A. Clemens |
| Robert F. Hill | Clinton Square, P.O. Box 31051 |
| John H. Evans | 1300 Clinton Square |
| 100 Blake Street Building | Rochester, NY 14603-1051 |
| 1441 Eighteenth Street | Telephone: (585) 263-1000 |
| Denver, CO 80202 | |
| Telephone: (303) 296-8100 | |
| | Michael S. Beaver |
| Douglas R. Sprong | Gregory B. Eurich |
| KOREIN TILLERY LLC | HOLLAND & HART LLP |
| 701 Market Street, Suite 300 | 8390 East Crescent Parkway, Ste. 400 |
| St. Louis, MO 63101-1820 | Greenwood Village CO 80111 |
| Telephone: (314) 241-4844 | Telephone: (303) 290-1600 |
| | |
| Attorneys for Plaintiffs | Attorneys for Defendant |