IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JOHNNY WELLS,
DONALD J. BROOKINS, and
RILEY ANDREW SCHAEFFER,
on behalf of themselves and all others similarly situated,

                          Plaintiffs,

- v -

GANNETT RETIREMENT PLAN and
GANNETT CO., INC.

                         Defendants.

Civil Action No.
03-cv-2671-RPM-OES

## CLASS CERTIFICATION ORDER

Plaintiffs' Motion for Class Certification seeking certification of this case as a class action on behalf of certain individuals who have participated in the Gannett Retirement Plan ("Plan") subsequent to its amendment effective January 1, 1998, is now before the Court. The Court has considered the briefs and materials submitted by the parties and heard the arguments of counsel at a hearing held June 1, 2006.

The Court concludes that class certification pursuant to F.R.C.P. 23(b)(2) is appropriate in this action. In accordance with the Court's directions at the June 1, 2006, hearing, the parties have submitted a Stipulated Amendment to Plaintiffs' Motion for Class Certification setting forth new proposed definitions of the two classes to be certified:

1.      <u>The Pension Equity Formula Class</u>.  All participants in the Gannett Retirement Plan whose benefits are calculated pursuant to the Pension Equity Provisions contained in Article VI.A of the Plan, as amended effective January 1, 1998, excluding all individuals who first became participants in the Plan after December 31, 2002, and excluding all individuals who

terminated employment with Gannett and received a lump sum distribution of their benefits prior to December 31, 2003.

2. <u>The Transition Class</u>. All participants in Gannett Retirement Plan prior to January 1, 1998 whose benefits were converted, on January 1, 1998, to the Pension Equity formula under The Pension Equity Provision contained in Article VI.A of the Plan, as amended effective January 1, 1998, excluding all individuals who terminated employment with Gannett and received a lump sum distribution of their benefits prior to December 31, 2003.

THEREFORE, pursuant to F.R.C.P. 23(b)(2), the Court hereby certifies this case as a class action brought on behalf of the Pension Equity Formula Class and the Transition Class as both are defined above. The Court also designates Plaintiffs as Class Representatives for the two certified classes and appoints their counsel to be Class Counsel for the two classes.

BY THE COURT:

July 11th, 2006                              s/Richard P. Matsch
                                             Richard P. Matsch
                                             Senior United States District Court Judge

10031804.1