IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  03-cv-02671

JOHNNY WELLS,
DONALD R. BROOKS, and
RILEY ANDREW SCHAEFFER,
on behalf of themselves and all others similarly situation,

        Plaintiffs,

v.

GANNETT RETIREMENT PLAN and
GANNETT CO., INC.,

        Defendant.

---

ORDER MODIFYING SCHEDULING ORDER

---

Upon review of the Joint Motion for Modification of Scheduling Order, filed on October 2, 2006, it is

ORDERED that the Scheduling Order is modified as follows:

**2.  CASE PLAN AND SCHEDULE**

a. Discovery Cut-off Date: March 1, 2007 for all non-expert discovery; April 1, 2007 for all expert discovery.

b. Dispositive Motion Deadline: June 30, 2007

c. Expert Witness Disclosure:

    (3)    The parties shall designate all experts and provide opposing counsel and any pro se party with all information specified in Fed.R.Civ.P. 26(a)(2) on or before December 15, 2006.

  (4)  The parties shall designate all rebuttal experts and provide opposing counsel and any pro se party with all information specified in Fed.R.Civ.P. 26(a)(2) on or before February 1, 2007.

Dated: October 3rd, 2006

           BY THE COURT:

           s/Richard P. Matsch
           _____
           Richard P. Matsch, Senior District Judge