IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  03-cv-02671-RPM

JOHNNY WELLS,
DONALD R. BROOKS, and
RILEY ANDREW SCHAEFFER,
on behalf of themselves and all others similarly situation,

        Plaintiffs,

v.

GANNETT RETIREMENT PLAN and
GANNETT CO., INC.,

        Defendant.

---

ORDER MODIFYING SCHEDULING ORDER

---

Upon review of the Joint Motion for Modification of Scheduling Order (Doc. #47), filed

on February 1, 2007, it is

ORDERED that the Scheduling Order is modified as follows:

### 2.  CASE PLAN AND SCHEDULE

a. Discovery Cut-off Date: April 30, 2007 for all non-expert discovery; May 23, 2007 for

all expert discovery.

b. Dispositive Motion Deadline: July 20, 2007

c. Expert Witness Disclosure:

    (3)    The parties shall designate all experts and provide opposing counsel

        and any pro se party with all information specified in Fed.R.Civ.P.

        26(a)(2) on or before March 12, 2007.

(4)    The parties shall designate all rebuttal experts and provide opposing

counsel and any pro se party with all information specified in

Fed.R.Civ.P. 26(a)(2) on or before April 30, 2007.

(5)    All expert disclosure as to damages will be conducted, if necessary,

Following the Court's ruling on any dispositive motions.

Dated: February 1st, 2007

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge