IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 03-cv-2671-RPM

JOHNNY WELLS,
DONALD J. BROOKINS, and
RILEY ANDREW SHAEFFER,
on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

GANNETT RETIREMENT PLAN, and
GANNETT CO., INC.,

    Defendants.

---

ORDER DENYING
DEFENDANTS' MOTION FOR LEAVE TO FILE SUPPLEMENT AND SUR-REPLY

---

    The defendants' request for leave to file supplemental authority and sur-reply is denied. Oral argument will be set by the court on the defendants' motion for summary judgment and the plaintiffs' motion for partial summary judgment in accordance with the court's calendar. It is

    ORDERED that the defendants' Motion for Leave to File Supplemental Authority and a Brief Surreply [Doc. #67] is denied.

    DATED:    January 30, 2008

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____
                                      Richard P. Matsch, Senior District Judge